UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - v. -

DAVID KENNEDY,

           Defendant.

- - - - - - - - - - - - - - - - -X

ORDER

21 Cr. 344 (LAK)

Upon the application of the United States of America, by and through Assistant United States Attorney Vladislav Vainberg, and with the consent of the defendant DAVID KENNEDY, it is hereby ORDERED THAT time between September 7, 2023 and September 21, 2023, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice. The court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial, because it would permit the parties to further discuss discovery and a possible pre-trial disposition of this matter.

Dated: New York, New York

September 7, 2023

THE HONORABLE LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE